■ Creative Prospects, Inc., Appellant, v Rochester Telephone Corp. et al., Respondents.—Order and judgment unanimously affirmed, without costs. Memorandum: Plaintiff appeals from so much of a judgment and order as dismissed its first and second causes of action against defendants for tortious interference with business. We affirm for the reasons stated in the memorandum decision of Supreme Court, Monroe County, Wagner, J. (Appeal from order and judgment of Monroe Supreme Court—dismiss complaint.) Present—Marsh, P. J., Moule, Simons and Goldman, JJ.

■ Rita M. Luciano, Appellant v Harry E. Lorenzo et al., Respondents.—Order unanimously affirmed, with costs, upon the opinion at Special Term, Callahan, J. (Appeal from order of Erie Supreme Court—protective order, etc.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.